IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SARAH M. TALLE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 12-cv-624-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding case to the commissioner under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

*s/Peter Oppeneer*          *3/20/13*

Peter Oppeneer, Clerk of Court          Date