IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SARAH M. TALLE,

    Plaintiff,                                     JUDGMENT IN A CIVIL CASE

v.                                                        Case No. 12-cv-624-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that  judgment is entered in favor of plaintiff Sarah M. Talle against defendant Carolyn W. Colvin awarding plaintiff attorney fees and expenses under the Equal Access to Justice Act in the amount of $5,500.00.

        /s/                                                       6/18/2013
Peter Oppeneer, Clerk of Court                         Date